IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL NO. 3:17-cv-3073 |
| vs. | ) |
| | ) |
| WAL-MART STORES, INC. | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT**

Plaintiff, Gerald Tucker, by his attorney, Darr Law Offices, Ltd., complains of the defendant, Wal-Mart Stores, Inc., as follows:

1. Plaintiff is a resident and citizen of the State of Illinois. He resides in Macoupin County, Illinois. The events described herein occurred in the Federal District Court for the Central District of Illinois.

2. The defendant is a foreign corporation (not Illinois citizen) doing business in Montgomery County, Illinois. Montgomery County is located in the Federal District Court for the Central District of Illinois.

3. Plaintiff's complaint seeks damages greater than Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

4. This court has jurisdiction in accordance with 28 USC 1332.

5. On or about June 2, 2016, the plaintiff was lawfully on defendant's premises located at 1205 W. Ferdon Street, Litchfield, Illinois 62056.

6. That at all times mentioned herein, defendant, Wal-Mart Stores, Inc., acting through its agents and employees, owed a duty to plaintiff use reasonable care and caution so as not to cause harm to others on its property.

7. That on the aforementioned date, plaintiff was in the defendant's store operating a motorized scooter provided by the defendant for the use of its disabled customers.

8. Then and there a Wal-Mart employee was pushing a large multi-wheel cart containing boxes of merchandise to the rear of plaintiff's scooter. This employee pushed the weighted cart into the rear of the motorized scooter on which the plaintiff was sitting. Then and there plaintiff sustained injuries to his back and spine.

9. On and before June 2, 2016, defendant (acting through employees) breached the aforementioned duty by way of one or more of the following negligent acts and/or omissions:

   a. failed to train its employees on proper use of carts; and/or

   b. stacked merchandise so as to obstruct the vision of the employee pushing the cart; and/or

   c. failed to keep proper look-out; and/or

   d. failed to formulate and/or enforce rules regarding the safe transport of merchandise on wheeled shopping carts within the store; and/or

   e. failed to have a suitable number of employees present for safe movement of merchandise; and/or

   f. other matters of negligence to be established through discovery and proven at trial.

10. That as a direct and proximate result of one or more of the aforementioned acts of negligence by the defendant, plaintiff was injured in his back and spine.

11. That as a result of the aforementioned occurrence, plaintiff did suffer personal injury, incur medical expenses in the past, and are reasonably certain to incur additional medical expenses in the future. In addition, plaintiff's pre-existing conditions

and/or degenerative changes were exacerbated and continue to be exacerbated as a result of the occurrence.

WHEREFORE, plaintiff, Gerald Tucker, prays for judgment against the defendant, Wal-Mart Stores, greater than Seventy-Five Thousand Dollars ($75,000.00); plus costs of suit.

Gerald Tucker, Plaintiff


By: /s/ Lanny Darr
Lanny Darr    (#06205283)
Darr Law Offices, Ltd.
307 Henry Street, Suite 406
P.O. Box 866
Alton, IL  62002
Phone:  (618) 208-6828
Fax:  (618)433-8519
darr@darrfirm.com

Service by facsimile transmission or via email will be accepted at the stated facsimile and/or email stated above.